UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSS,<br><br>        Petitioner,<br><br>   v.<br><br>AUDREY KING, Executive Director,<br><br>        Respondent. | Case No. 1:13-cv-01566-LJO-BAM-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF THE PETITION FOR WRIT OF HABEAS CORPUS (DOC. 8)<br><br>ORDER DISMISSING THE PETITION WITHOUT PREJUDICE (DOC. 1), DISMISSING PENDING MOTION AS MOOT (DOC. 5), AND DIRECTING THE CLERK TO CLOSE THE ACTION |

    Petitioner is a civil detainee confined at the Coalinga State Hospital pursuant to an indefinite civil commitment from the Superior Court of the State of California, County of Kern (KCSC), made pursuant to California's Sexually Violent Predators Act (SVPA). Petitioner is proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is the Petitioner's request for voluntary dismissal of the petition.

    I.   <u>Voluntary Dismissal of the Petition</u>

    The named respondent has not appeared in the action. On

1

January 13, 2014, Petitioner filed a motion to supplement the petition. Petitioner then filed the instant motion for voluntary dismissal of the petition on April 24, 2014.

Subject to other provisions of law, a petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id.

Here, no answer or motion to dismiss has been served or filed. Thus, Petitioner is entitled to dismissal.

II. Disposition

Accordingly, it is ORDERED that:

1) Petitioner's motion for voluntary dismissal is GRANTED; and

2) Petitioner's motion to supplement the petition is DISMISSED as moot; and

3) The petition for writ of habeas corpus is DISMISSED without prejudice; and

4) The Clerk is DIRECTED to close this action because this order terminates the proceeding in its entirety.

IT IS SO ORDERED.

Dated:   **September 13, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

2